```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Yavonne D. Johnson
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 14-23459-A-13J |
| | DOCKET CONTROL #:PGM-1 |
| Johnson, Yavonne D. | DATE:  June 2, 2014 |
| SS#xxx-xx-9444 | TIME:  1:30 p.m. |
| | DEPT#: A, Courtroom 28 |
| | Honorable Judge Michael S. McManus |
| _____Debtors_____/ | |

**ORDER ON MOTION TO VALUE COLLATERAL OF
BANK OF AMERICA, N.A.**

On June 2, 2014 the matter of Debtor's Motion to Value Collateral came before the Court and due notice having been given, and good cause appearing;

IT IS ORDERED that the Motion to Value Collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. §506(a), is granted. $0.00 of the claim of Bank of America, N.A. in this case, secured by the second deed of trust on the real property located at 7662 Velaga Court, Sacramento, CA 95828("Property"), is a secured claim and the balance of its claim is an unsecured claim.

Dated: June 10, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

RECEIVED
June 09, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005232616